IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| NEYSHA MARYD FONSECA MARCANO | * CASE NO. 13-07403 MCF |
| Debtor(s) | * CHAPTER 7 |
| BANCO POPULAR de PUERTO RICO | * INDEX |
| Movant | * |
| NEYSHA MARYD FONSECA MARCANO And WIGBERTO LUGO MENDER, ESQ. As CHAPTER 7 TRUSTEE | * |
| Respondent (s) | * |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF OF STAY DOCKET NO. 41**

TO THE HONORABLE COURT:

**NOW COMES, NEYSHA MARYD FONSECA MARCANO**, debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On March 17, 2014, Banco Popular de Puerto Rico ("BPPR"), filed a motion for relief from stay in the present bankruptcy case, docket no. 41, basically alleging that the debtor is in post-petition arrears in the direct mortgage loan payments to said creditor.

2. The debtor respectfully submits that she is hereby consenting to the lift of stay in favor of BPPR to allow the debtor to meet with movant BPPR and request/apply for a mortgage loan modification through BPPR's loss mitigation division.

3. Therefore, the debtor hereby consents to the lifting of the automatic stay in favor of BPPR.

Page – 2 –
Debtor's Response to §362 Motion
Case no. 13-07403 MCF7

**WHEREFORE**, debtor respectfully requests from this Honorable Court to grant the present motion consenting to BPPR's request for the lift of stay in the above captioned Index.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of same to: the Chapter 7 Trustee, Wigberto Lugo Mender, Esq.; Jose A Moreda del Valle, Esq., Parra Del Valle & Limeres, Counsel for BPPR; I also certify that a copy of this motion was sent via regular mail to the debtor/respondent Neysha M Fonseca Marcano, Bda Campamento 34 Calle A Gurabo PR 00778.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 18th day of March, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR DEBTOR/RESPONDENT
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rfigueroa@rfclawpr.com